UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                          )
ALISON WARREN,                            )   Case No. C11-1800RSL
                                          )
                    Plaintiff,            )
         v.                               )
                                          )   ORDER TO SHOW CAUSE
BASTYR UNIVERSITY, *et al.*,              )
                                          )
                    Defendant.            )
_____)

        This matter comes before the Court *sua sponte*. On June 25, 2012, plaintiff filed a response in opposition to defendant Koutoubi's motion to extend case schedule deadlines and trial date which, taken as a whole, exceeds 50 pages in length. (Dkt. # 50). As of this date, a courtesy copy of these documents has not been provided for chambers.

        Plaintiff is hereby ORDERED to show cause, within five days of the date of this Order, why she should not be sanctioned for failure to comply with Local Rule 10(e)(8) and the "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 15). Defendant shall immediately deliver a paper copy of the motion and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

        DATED this 3rd of July, 2012.

                                    /s/ Robert S. Lasnik
                                    Robert S. Lasnik
                                    United States District Judge

ORDER TO SHOW CAUSE